**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **JAMES THOMAS CARLAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:24-cv-453 (MTT)** |
| | ) | |
| **BIBB COUNTY SHERIFF'S OFFICE** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Pro se plaintiff James Thomas Carlan filed this action "against Bibb County Sheriff's Office, its officers, and related entities for [allegedly] violating [his] Constitutional and God Given Rights under the First, Fourth, Fifth, [sic] Eighth, and Ninth Amendments to the U.S. Constitution."  Doc. 1 at 1.  Carlan has not paid the $405.00 filing fee or moved to proceed *in forma pauperis* (IFP).  Accordingly, Carlan is hereby **ORDERED** to pay the $405.00 filing fee or to move to proceed IFP within fourteen days of the entry of this Order.  The Clerk is **DIRECTED** to provide Carlan with a blank copy of the standard IFP application.  If Carlan fails to comply with the Court's Order his complaint will be dismissed without prejudice.  *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978))[1].

---

[1] The Eleventh Circuit has adopted as binding precedent the decisions of the former Fifth Circuit rendered prior to October 1, 1981.  *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc).

**SO ORDERED**, this 12th day of December, 2024.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT